CITICORP CREDIT SERVICES, INC. *v.* JOHN T.
ZERBST
(AC 22210)

Lavery, C. J., and Schaller and Hennessy, Js.

Submitted on briefs June 7—officially released July 2, 2002

Per Curiam. The judgment is affirmed.

COSTAS GEORGACOPOULOS *v.* KEN MARINO SALES
AND SERVICE, LTD.
(AC 22429)

Foti, Flynn and Bishop, Js.

Submitted on briefs June 7—officially released July 2, 2002

Per Curiam. The judgment is affirmed.

CARLOS MALDONADO *v.* COMMISSIONER OF
CORRECTION
(AC 22287)

Schaller, Mihalakos and Dupont, Js.

Argued June 12—officially released July 2, 2002

Per Curiam. The judgment is affirmed.